**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JOSEPH RIDEAU and KIMBERLY RIDEAU, | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-18-3937 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION and IMPACT MORTGAGE CORP. D/B/A CASHCALL MORTGAGE, | § § § § | |
| Defendants. | § § | |

## ORDER

Joseph and Kimberly Rideau sued IMPAC Mortgage Corporation and Federal National

Mortgage Association ("Fannie Mae") in the Harris County District Court, alleging violations of the

Texas Constitution's provisions on home equity loans. (Docket Entry No. 1-1). The Rideaus allege

that the constitutional violations are a breach of their mortgage contract. They seek their prior loan

payments as damages; quiet title to their property; a declaratory judgment that the home equity loan

is void due to violations of the Texas Constitution and that title is quieted in the Rideaus' name; and

a permanent injunction preventing the lenders from foreclosing or otherwise interfering with the

Rideaus' use of the property. (*Id.*). The Rideaus also seek their attorneys' fees. (*Id.*).

IMPAC and Fannie Mae removed to federal court and moved to dismiss two of the claims

for violations of the Texas Constitution and the claim for a permanent injunction. (Docket Entry No.

4). The Rideaus' amended complaint removes the challenged constitutional claims. (Docket Entry

No. 8). Because the amended complaint supersedes the original complaint, the motion to dismiss

is moot. IMPAC and Fannie Mae may file a motion to dismiss that specifically addresses the

amended complaint's claim and allegations.  Any amended motion to dismiss must be filed by **January 11, 2019**.

SIGNED on November 15, 2018, in Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge