IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Houston Division

JOSEPH AND KIMBERLY RIDEAU,

    Plaintiffs,

v.                                                 Case No. 4:18-cv-03937

FEDERAL NATIONAL MORTGAGE
ASSOCIATION and IMPAC MORTGAGE
CORP. DBA CASHCALL MORTGAGE.

    Defendants.

## DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

Defendants, Federal National Mortgage Association ("Fannie Mae") and IMPAC Mortgage Corp. ("IMPAC"), file this certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations or other entities that are financially interested in the outcome of this litigation. Fannie Mae and IMPAC hereby notify the Court that the only known parties with a financial interest in the outcome of this litigation are:

1. Plaintiff Joseph Rideau;

2. Plaintiff Kimberly Rideau;

3. The Lane Law Firm, P.L.L.C., Counsel for Plaintiffs;

4. Defendant Federal National Mortgage Association;

5. Defendant IMPAC Mortgage Corp.;

6. IMPAC Mortgage Holdings, Inc., the parent company of IMPAC Mortgage Corp.

7. Troutman Sanders LLP., Counsel for Defendants.

Date: November 23, 2018                    */s/ Michael E. Lacy*
Michael E. Lacy, Attorney-in-Charge
Va. Bar No. 48477
Southern District of Texas Bar No. 575967
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia  23219
804-697-1326 (telephone)
804-698-6061 (facsimile)

**Attorney for Defendants Federal National Mortgage Association and IMPAC Mortgage Corp.**

# CERTIFICATE OF SERVICE

I do hereby certify that the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record:

                                **Counsel for Plaintiff**
Robert "Chip" Lane
Joshua D. Gordon
THE LANE LAW FIRM, P.L.L.C.
6200 Savoy Drive, Suite 1150
Houston, Texas 77036-3300
Telephone: (713) 595-8200
E-mail: notifications@lanelaw.com
joshua.gordon@lanelaw.com

Dated: November 23, 2018                By:   */s/ Michael E. Lacy*
Michael E. Lacy, Attorney-in-Charge
Va. Bar No. 48477
Southern District of Texas Bar No. 575967
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
804-697-1326 (telephone)
804-698-6061 (facsimile)
michael.lacy@troutmansanders.com